RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 946010
Telephone: (510) 763-9967
Facsimile:   (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
MARCUS LEE JULES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

−ooo−

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.

MARCUS LEE JULES,

　　　　　Defendant.

_____/

CR. NO. 04-0388-WHA

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE RE. SUPERVISED RELEASE VIOLATION**

_____

　　　IT IS HEREBY STIPULATED BY AND BETWEEN Assistant United States Attorney Kimberly Hopkins and Randy Sue Pollock, counsel for defendant Marcus Lee Jules, that the status conference for defendant's supervised release violation be continued from September 12, 2017 to October 3, 2017.    Defense counsel has further investigation to conduct and is still waiting for additional discovery from the prosecution in Contra Costa County where the underlying conduct has been charged as a felony offense.

///
///
///
///
///

United States Probation Officer Jenna Ruso has no objection to this continuance and she is available on the proposed date.

Date:   September_____, 2017

_____/s/_____
Randy Sue Pollock
Counsel for Defendant
Marcus Lee Jules

Date:   September_____, 2017

_____/s/_____
KIMBERLY HOPKINS
Assistant United States Attorney

## SO ORDERED:

Date:   September__8__, 2017

_____
WILLIAM H. ALSUP
U.S. District Court Judge